# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:
Samantha J Olson fka Samantha
J Graf fka Samantha J Viestenz,

Chapter 13

Case No. 14-34243-gmh

Debtor(s).

## STIPULATION FOR SUBSTITUTION OF COUNSEL FOR WELLS FARGO BANK, N.A.

It is hereby stipulated that Gray & Associates, L.L.P. shall be substituted for Kohner, Mann & Kailas, S.C. as attorneys for Wells Fargo Bank, N.A.

Dated this 25 day of June, 2018.

KOHNER, MANN & KAILAS, S.C.

By: _____
Alexander George
State Bar No. 1091339

Dated this 26th day of June, 2018.

GRAY & ASSOCIATES, L.L.P.

By: _____
Jay Pitner
State Bar No. 1010692

**Drafted by:**

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151
Phone: 414.224.8404
Fax:   414.224.1279
Email: jpitner@gray-law.com